# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

# JUDGMENT IN A CIVIL CASE

CATHERINE O'CONNELL, and
husband, DENNIS O'CONNELL )
)
Plaintiff, )
)
v. )        CASE NO: 2:19-cv-00059
)
WAL-MART STORES EAST, LP, )
)
Defendant. )

✓ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

-        For Defendant, Wal-Mart Stores East, LP.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON MAY 25, 2021, JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE DEFENDANT WAL-MART STORES EAST, LP.**

                                        LYNDA HILL, CLERK

                                        BY:    *Kelly Parise*
                                                Deputy Clerk